USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

NATHANIEL MANNING,

Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing of defendant Nathaniel Manning, currently scheduled for September 4, 2026, is hereby adjourned to September 18, 2026, at 1:00 PM.

**SO ORDERED.**

Dated: 4 August 2026
New York, New York

Victor Marrero
U.S.D.J.